IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER DISMISSING MOTION TO WITHDRAW** |
| *This document relates to:*<br><br>George Moran, 06-2101  CRB<br>Thomas Erwin, 06-3037  CRB<br>_____/ | |

      On August 14, 2008, this Court ordered plaintiffs' counsel in the above matters to file a declaration in support of their motions to withdraw.  As of the date of this Order, counsel have not filed the requested declaration.  Accordingly, counsel's motions to withdraw are DISMISSED without prejudice to counsel filing new motions that are supported by a declaration from counsel.

      **IT IS SO ORDERED.**

Dated: October 1, 2008

                                            CHARLES  R. BREYER
                                            UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderredismissmotion.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\ordersmisc\orderredismi2smotion.wpd