1  Frank Woodson
2  Navan Ward, Jr.
   BEASLEY, ALLEN, CROW, METHVIN,
3  PORTIS & MILES, P.C.
   218 Commerce Street
4  P.O. Box 4160
5  Montgomery, Alabama 36103
   Telephone: 334-269-2343
6  Facsimile: 334-954-7555
7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-3037 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Shirley Adams, et al.<br><br>                         Plaintiffs<br>vs.<br><br>Merck & Co., Inc., et al.<br>                         Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Irene Belker, Mercedes Hughes, William Laut, Charlene Picker, Mae Stewart, Rita Stewart, Jeanette Tillman and Donald Wilburn in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42583929.1


DATED: 10·29 2009  By: /s/ Navan Ward F.

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

BROWN & CROUPPEN, P.C.
720 Olive Street, Suite 1800
St. Louis, MO 63101

*Attorneys for Plaintiffs*

DATED: Oct. 29, 2009  By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/132569v.1
EAST\42583929.1