Seth Webb
**BROWN & CROUPPEN, P.C.**
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-0359
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No.: 06-3037 CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Shirley Adams, et al.<br><br>Plaintiffs<br><br>vs.<br><br>Merck & Co., Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Virginia Gennaro, Individually and as Personal Representative of the Estate of Anthony Gennaro, and Charmaine Spiro in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

DATED: 12-17, 2009    By: /s/ [signature]

**BROWN & CROUPPEN, P.C.**
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-0359

*Attorneys for Plaintiffs*

DATED: Dec. 28, 2009    By: /s/ [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

/s/ [signature]
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42634465.1